UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TITO DAVID VALDEZ,

    Plaintiff,

v.

JEANNE WOODFORD; et al.,

    Defendants.
    /

No. C 05-4443 SI (pr)

**JUDGMENT**

Judgment is entered in favor of all defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 27, 2007

                        SUSAN ILLSTON
                    United States District Judge